**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJAHD REON PHILLIPS, | **Case No. CV 15-0100 VAP (RAO)** |
| Petitioner, | |
| v. | **JUDGMENT** |
| E. VALENZUELA, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 19, 2015

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE